. HIGHLAND BOY GOLD MINING CO. et al. v. McCLEERY et al. Mc-CLEERY et al. v. HIGHLAND BOY GOLD MINING CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 12, 1906.) Nos. 2,356, 2,386. Appeals from the Circuit Court of the United States for the District of Utah. Sutherland, Van Cott, Allison, Riter & Harkness, for appellants. Henderson, Pierce, Critchlow & Barrette, for appellees. Appeal dismissed as to David McCleery and John Evans, per stipulation, without costs to either party in this court. See 140 Fed. 951.

---

M. A. DONOHUE & CO. et al. v. HARPER BROS. (Circuit Court of Appeals, Seventh Circuit. May 15, 1906.) No. 1,250. Appeal from the Circuit Court of the United States for the Northern District of Illinois, Eastern Division. Jacob Newman, S. O. Levinson, Benj. V. Becker, C. E. Cleveland, Harry Goodman, and Arthur Schaffner, for appellants. Douglas Dyrenforth and W. W. Gurley, for appellee.

PER CURIAM. Decree of the Circuit Court (144 Fed. 491) affirmed.

---

NEW YORK HERALD CO. v. STAR CO. (Circuit Court of Appeals, Second Circuit. May 24, 1906.) No. 276. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 146 Fed. 204. H. S. Knight, for appellant. W. A. Megrath, for appellee. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Order affirmed, with costs.

---

ST. LOUIS DRESSED BEEF & PROVISION CO. v. MARYLAND CASUALTY CO. (Circuit Court of Appeals, Eighth Circuit. May 12, 1906.) No. 2,089. In Error to the Circuit Court of the United States for the Eastern District of Missouri. W. B. & Ford W. Thompson, for plaintiff in error. George F. McNulty and Seddon & Holland, for defendant in error.

PER CURIAM. Reversed with costs, and remanded for further proceedings etc., on authority of opinion and mandate of the Supreme Court (26 Sup. Ct. 400, 50 L. Ed. 712).

---

THE TUG NO. 32. (Circuit Court of Appeals, Second District. May 22, 1906.) No. 250. Appeal from the District Court of the United States for the Southern District of New York. Wilhelmus Mynderse, for appellants. H. G. Ward, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree of District Court (140 Fed. 87) affirmed, with interest and costs.